UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Grimm and Jeffrey Seipel, as Trustees
of the Minnesota Laborers Pension Fund, and
each of their successor trustees,

        Plaintiffs,

v.                                                   Civil No. 07-3215 (JNE/SRN)
                                                  ORDER

Central Landscaping, Inc.,

        Defendant.

---

Pamela Nissen, Esq., and Michael Eldridge, Esq., McGrann Shea Anderson Carnival Straughn & Lamb, Chartered, appeared for Plaintiffs William Grimm and Jeffrey Seipel.

Bryan Symes, Esq., and Alec Beck, Esq., Seaton, Beck & Peters, P.A., appeared for Defendant Central Landscaping, Inc.

---

        Plaintiffs move for summary judgment. Based on the files, records, and proceedings herein, and for the reasons stated on the record, IT IS ORDERED THAT:

1.     Plaintiffs' Motion for Summary Judgment [Docket No. 12] is GRANTED.

2.     Defendant shall make all past due withdrawal liability payments to Plaintiffs.

3.     Defendant is liable to Plaintiffs for liquidated damages and interest in the amount of $40,738.32.

4.     Defendant is liable to Plaintiffs for reasonable attorney fees and costs. Plaintiffs shall submit their request for fees and costs by June 27, 2008. Defendant shall submit its response by July 11, 2008.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 13, 2008

                                                                       s/ Joan N. Ericksen
                                                                       JOAN N. ERICKSEN
                                                                       United States District Judge